IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**WILLIAM MARK COLBURN, JR.**  PLAINTIFF

v.  No. 2:13-cv-102-DPM-HDY

**INMATE SERVICES CORPORATION 220,**
**Director and Corporation Executives; DOES,**
**Four unknown corporation officers and four**
**unknown Greenwood Hospital Staff;**
**GREENWOOD HOSPITAL; MICHAEL**
**WATERS; and RANDY L. CAGLE**  DEFENDANTS

ORDER

The Court has considered Magistrate Judge H. David Young's proposed findings and recommendations, № 20. Colburn has not objected. After reviewing the proposal for clear factual error and for legal error, FED. R. CIV. P. 72(b)(3) (1983 addition to Advisory Committee Notes), the Court adopts it as modified. Defendant's motion to dismiss the claims against Waters, № 17, is denied without prejudice. The original service on Waters is quashed. Defendant Inmate Services Corporation 220 has filed Waters's home address under seal, № 21, and the Court has directed the Marshals to serve Waters at the new address, № 26.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 October 2013