IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

WILLIAM MARK COLBURN, JR.                                PLAINTIFF

v.                      No. 2:13-cv-102-DPM

INMATE SERVICES CORPORATION 220,
Director and Corporation Executives; DOES,
Four unknown corporation officers and four
unknown Greenwood Hospital Staff;
GREENWOOD HOSPITAL; MICHAEL
WATERS; and RANDY L. CAGLE                         DEFENDANTS

## JUDGMENT

Colburn's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 January 2014